IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BENJAMIN A. TOTTEN,
FORMER HUSBAND,

     Appellant,

v.

CHRISTINE M. TOTTEN,
FORMER WIFE,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-126

Opinion filed July 17, 2014.

An appeal from the Circuit Court for Okaloosa County.
Mary Polson, Judge.

E. Jane Brehany, Pensacola, for Appellant.

James C. Campbell and Clark H. Henderson, Shalimar, for Appellee.

PER CURIAM.

     AFFIRMED.

VAN NORTWICK, CLARK, and SWANSON, JJ., CONCUR.